UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN FOSTER,

    Plaintiff,

v.

UNKNOWN DEKUIPER, et al.,

    Defendants.
_____/

Case No. 1:25-cv-112

HON. JANE M. BECKERING

## ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint under 42 U.S.C. § 1983. Defendants Austin DeKuiper (named as Unknown DeKuiper) and Michael Helder (named as Unknown Helder) filed a Motion for Summary Judgment (ECF No. 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 19) on November 12, 2025, recommending that this Court grant the motion, dismiss without prejudice Plaintiff's claims against Defendants DeKuiper and Helder for lack of exhaustion, and terminate the case. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 15) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants DeKuiper and Helder are DISMISSED without prejudice for lack of exhaustion.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: December 17, 2025     /s/ Jane M. Beckering
                                                                         JANE M. BECKERING
                                                                         United States District Judge